In re          Case No. 22–31298
Chapter 13

Johnny Lee Johnson ,

    Debtor.

## ORDER CONFIRMING PLAN

    The debtor's plan filed on August 30, 2022, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

    It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

    It is further **ORDERED** that any proposed lien avoidance in the debtor's plan is hereby avoided to the extent the debt is not otherwise provided for by the plan.

Dated September 29, 2022

                                                      Christopher L Hawkins
                                                      United States Bankruptcy Judge