**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**


In re                                                                        Case No. 22–31298
                                                                             Chapter 13
Johnny Lee Johnson ,

      Debtor.


## ORDER

    This case is before the court on the following matter:


*30* – Rule 9007 Motion/Notice/Objection: Application to Employ Professional Persons Pursuant to 11 USC 327 .
filed by Joshua S Kincannon on behalf of Johnny Lee Johnson. Responses due by 6/28/2023. (Attachments: # 1
Affidavit) (KC)


      It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed.
Accordingly, it is

    **ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.


Dated June 29, 2023


Christopher L. Hawkins
United States Bankruptcy Judge